AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JEFFERY T. IVIE | Case Number: 1:00CR64-MHT |
|  | USM Number: 10640-002 |
|  | Susan James |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) _1, 2, 3, 4, 5 and 6_ of the petition filed March 13, 2006.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal offense | 01/03/2006 |
| 2 | New Criminal offense | 01/03/2006 |
| 3 | Unlawful use of a controlled substance | 01/12/2006 |
| 4 | Illegal possession of a controlled substance | 01/03/2006 |
| 5 | New Criminal offense | 03/01/2006 |
| 6 | New Criminal offense | 03/01/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/1973

Defendant's Residence Address:

_____

_____

New Brockton, Alabama 36351

Defendant's Mailing Address:

Same as above

March 22, 2006
Date of Imposition of Judgment

_/s/ Truman M. Hobbs_
Signature of Judge

TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

March 23, 2006
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

DEFENDANT: JEFFERY T. IVIE  
CASE NUMBER: 1:00CR64-MHT

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

30 months. This term consists of 30 months in Dkt. No. 1:00CR0064-MHT, and 24 months in Dkt. No. 2:00CR174-WHA, all to be served concurrently.

The court has taken into consideration the policy statements in Chapter 7 of the guidelines manual, the guideline range, and all relevant information in imposing the sentence of 30 months.

X   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL